**COUGHLIN DUFFY LLP**
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962-1917
(973) 267-0058
*Attorneys for Defendant Imerys Talc America Inc. ("Imerys")*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Kandy Brooks-Hilliard and Charles Hilliard,<br><br>     Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER COMPANIES INC.; IMERYS TALC AMERICA, INC., JOHN DOES/JANE DOES 1-30 and UNKOWN BUSINESSES AND/OR CORPORATIONS A-Z.<br><br>     Defendants. | MDL No. 2738<br><br>**Civil Action No. 3:17-cv-11737(FLW) (LHG)**<br><br>**NOTICE OF APPEARANCE**<br><br>*Document Filed Electronically* |

PLEASE TAKE NOTICE that Mark K. Silver, Esq. of Coughlin Duffy LLP hereby enters his appearance in this action as counsel for Defendant Imerys Talc America, Inc., ("Imerys").

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall be deemed a denial of all allegations in Plaintiff's Short Form Complaint. Imerys hereby adopts its Master Long Form Answer in its entirety in response to this Complaint.

Respectfully submitted,

Dated: October 23, 2018

*/s/ Mark K. Silver*
Mark K. Silver
COUGHLIN DUFFY LLP
350 Mount Kemble Avenue
Morristown, New Jersey 07962-1917
(973) 267-0058
*Attorneys for Defendant Imerys Talc America Inc.*