UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Kandy Brooks-Hilliard, et al. v. Johnson & Johnson, et al.,*<br>Civil Action No. 3:17-cv-11737-MAS-RLS | MDL NO. 16-2738 (MAS) (RLS)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH |

**NOTICE OF APPEARANCE OF ATTORNEY WILLIAM A. LEVIN**

PLEASE TAKE NOTICE of the appearance of William A. Levin as counsel of record for and on behalf of Plaintiffs in the above captioned matter:

William A. Levin (SBN 98592)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: wlevin@levinsimes.com

///

///

///

1

     All pleadings, discovery, faxes, email and correspondence generated in the action should be directed and or served upon William A. Levin effective immediately.

| | |
|---|---|
| Dated: <u>August 16, 2023</u> | Respectfully submitted by,<br><br>_____<br>William A. Levin (SBN 98592)<br>LEVIN SIMES LLP<br>1700 Montgomery Street, Suite 250<br>San Francisco, California 94111<br>Telephone: (415) 426-3000<br>Facsimile: (415) 426-3001<br>Email: wlevin@levinsimes.com<br>Counsel for Plaintiffs |

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on August 16, 2023, which shall send notification of such filing to all CM/ECF participants.

               */s/ William A. Levin*
               William A. Levin