William A. Levin (SBN 98592)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: wlevin@levinsimes.com

*Attorneys for Plaintiff Kandy Brooks-Hillard*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (MAS) (RLS) <br> JUDGE MICHAEL A. SHIPP <br> MAG. JUDGE RUKHSANAH L. SINGH <br><br> NOTICE OF DISASSOCIATION OF COUNSEL |
| Kandy Brooks-Hillard, et al., <br><br> Plaintiffs, <br> v. <br> Johnson & Johnson, Johnson & Johnson Consumer Inc., Imerys Talc America, Inc. ("Imerys Talc"), and Personal Care Products Council ("PCPC"), <br><br> Defendants. | Civil Action No.: 3:17-cv-11737-MAS-RLS |

PLEASE TAKE NOTICE that effective March 13, 2023, attorney, RACHEL ABRAMS, is no longer with LEVIN SIMES LLP. Pursuant to California Rule of Professional Conduct 3-700, RACHEL ABRAMS' departure from Levin Simes LLP is treated as a termination of the attorney-client relationship. Plaintiff is no longer represented in this case by RACHEL ABRAMS.

William A. Levin, who has appeared as counsel for Plaintiff and will continue to represent Plaintiff.

Plaintiff respectfully requests that RACHEL ABRAMS be removed from service lists all

1
NOTICE OF DISASSOCIATION OF COUNSEL

1  pleadings, notices, orders, correspondence, and other papers in connection with this action.

3  Dated: September 6, 2023                                **LEVIN SIMES LLP**

_____
William A. Levin

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on September 6, 2023, which shall send notification of such filing to all CM/ECF participants.

*/s/ William A. Levin*
William A. Levin